IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
    v.                       )         2:21cr190-MHT
                             )              (WO)
JESSICA LINDSEY MARSHALL     )
```

### ORDER

Upon consideration of the government's motion for leave to dismiss with prejudice the superseding indictment against defendant Jessica Lindsey Marshall, which the court construes as containing both a motion for leave to dismiss and a notice of dismissal pursuant Federal Rule of Criminal Procedure 48(a), it is ORDERED AND ADJUDGED that:

(1) The motion for leave to dismiss the superseding indictment (Doc. 936) is granted.

(2) The superseding indictment (Doc. 225) is dismissed with prejudice as to defendant Jessica Lindsey Marshall.

DONE, this the 3rd day of March, 2022.

                                       /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE